# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Honorable Jose L. Linares, U.S.D.J. |
| vs. | : Crim. No. 09-00817-001 (JLL) |
| MARIA MERCADO, | : |
| Defendant. | : |

**THIS MATTER** having come before the Court on the application of defendant Maria Mercado (by Stacy A. Biancamano, Esq., Arleo, Donohue & Biancamano, L.L.C.), for extension of her surrender date to December 30, 2010; and the United States (by Scott McBride, Assistant United States Attorney) consenting to the entry of the Order; and for good cause shown;

IT IS on this 21st day of October 2010;

**ORDERED** that defendant Maria Mercado's surrender date be extended an additional 65 days to December 30, 2010.

_____
Honorable Jose L. Linares, U.S.D.J.