UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. BRIAN R. MARTINOTTI, U.S.D.J. |
| Plaintiff, | : | CRIMINAL NO. 09-817 |
| v. | : | <u>CONSENT ORDER</u> |
| MARIA MERCADO, | : | |
| Defendant. | : | |

WHEREAS on September 2, 2010, the Court sentenced defendant Maria Mercado and ordered her to pay $942,188.72 in restitution (Doc. No. 8); and

WHEREAS on or about March 9, 2023, the United States filed and served a Writ of Continuing Garnishment on Maria Mercado's employer, The Perecman Firm, PLLC (Doc. No. 14); and

WHEREAS as of March 31, 2023, Maria Mercado still owes approximately $926,455.08 towards her restitution obligation; and

WHEREAS Maria Mercado objects to the Government's request to garnish 25% of each paycheck from her employer due to her current financial circumstances;

WHEREAS the United States and counsel for defendant Maria Mercado have met and conferred and agree to a compromise that The Perecman Firm, PLLC shall garnish 10% of Maria Mercado's net pay from each paycheck, including any bonuses or awards, for payment towards Maria Mercado's restitution obligation. The parties further agree that by no later than June 15, 2024, Maria Mercado will produce to the Government a completed Financial Disclosure Form (provided by the Government) with all supporting documentation and counsel will meet and confer to

determine whether any alteration to the garnishment is appropriate. Both parties reserve all rights to move before the Court to raise or lower the percentage of garnishment after conferring.

THEREFORE, good sufficient cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED:

THAT, the Court grants the Government's motion for a writ of continuing garnishment ordering Maria Mercado's employer The Perecman Firm, PLLC to garnish 10% from every net payment to Maria Mercado for payment Defendant's restitution obligation until Maria Mercado severs her employment or until otherwise ordered by this Court; IT IS FURTHER ORDERED

THAT, by no later than June 15, 2024, Defendant Maria Mercado shall provide to the Government a completed Financial Disclosure Form along with all accompanying supporting documentation; IT IS FURTHER ORDERED

THAT, this matter is set down for a status conference on _26th_ day of __JUNE__, 2024 at 11:00 am.

ORDERED this __21ST__ day of __JULY__, 2023.

_____
HON. BRIAN R. MARTINOTTI
United States District Judge

The undersigned hereby consent to
the entry and form of this order:

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

*s/ Jordan M. Anger*                               Dated: 07/21/2023
By:  JORDAN M. ANGER
     Assistant United States Attorney


*s/ Stacy Ann Biancamano*                          Dated: 07/21/2023
STACY ANN BIANCAMANO
Attorney for Defendant Maria Mercado